Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAID AL-OBAIDI, an individual;

       Plaintiff,

v.

GEICO ADVANTAGE INSURANCE COMPANY, a Maryland corporation; JOHN AND JANE DOES 1-10, individuals;

       Defendants.

Case No. 2:20-cv-01567-BJR

**ORDER REMANDING CASE TO KING COUNTY SUPERIOR COURT**

THIS MATTER having come before the Court on the parties' Stipulation to Remand Case to King County Superior Court, and the Court having considered the parties' Stipulation to Remand Case to King County Superior Court, IT IS HEREBY ORDERED:

1. Good cause exists to remand the case to King County Superior Court. The stipulation of the parties is approved.

2. This matter is hereby remanded to King County Superior Court for all further proceedings.

3. Neither party shall recover costs or fees from the other.

4. The Clerk of the Court is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the clerk of the King County Superior Court, and close the file.

ORDER              - 1



**EDWARD K. LE, PLLC**
**ATTORNEYS AT LAW**
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

1

2          DATED this 19th day of  November, 2020.

3

4

5                                                        _Barbara J. Rothstein_
                                                         Barbara Jacobs Rothstein
6                                                        U.S. District Court Judge

7

8

9

10          Presented via efiling by:

11

12          _____
            Edward K. Le, WSBA No. 27086
13          Michael Kittleson, WSBA No. 49628
            Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                    - 2



**EDWARD K. LE, PLLC**
**ATTORNEYS AT LAW**
135 Park Avenue North
Renton, WA 98057
(425) 336-2255